# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV 6698
JUDGE ANDERSEN
MAGISTRATE JUDGE SCHENKIER

In the Matter of
TRUSTEES OF THE AUTOMOBILE MECHANICS'
INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701
        Plaintiff,
  V.
RENDEL'S, INC., an Illinois Corporation
        Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| PAUL M. EGAN |

**FILED**
NOV 2 9 2007
NOV 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Paul M. Egan |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229195 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐