AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE AUTOMOBILE MECHANICS'
INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701

Plaintiffs,

V.

RENDEL'S, INC.,
AN ILLINOIS CORPORATION

Defendant.

**SUMMONS IN A CIVIL CASE**

07CV 6698
JUDGE ANDERSEN
MAGISTRATE JUDGE SCHENKIER

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
RENDEL'S, INC.
C/O ITS REGISTERED AGENT, MATTHEW G. BERTANI
77 129TH INFANTRY DRIVE
JOLIET, IL 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL M. EGAN
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 29 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DECEMBER 28, 2007 AT 12:30 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): RENDEL'S INC C/O ITS REGISTERED AGENT - MATTHEW G BERTANI WITH PERSONAL SERVICE TO COURTNEY ROHE - LAW OFFICE RECEPTIONIST AT 77 129TH INFANTRY DRIVE, JOLIET, IL. SHE WAS AUTHORIZED TO ACCEPT SERVICE. SHE CAN BE DESCRIBED AS A F/W, 30 YEARS OF AGE, LIGHT COLORED HAIR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/07
          Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.